**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT BISCAINO, INDIVIDUALLY**
**AND ON BEHALF OF OTHER PERSONS**
**SIMILARLY SITUATED,**

        **Plaintiffs,**

**-vs-**                                    **Case No.  6:11-cv-894-Orl-28DAB**

**ARS ACQUISITION HOLDINGS, LLC,**

        **Defendant.**

_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 20) filed September 9, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of No Objection to the Report and Recommendation filed by the parties (Doc. No. 22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed September 13, 2011 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion to Approve Settlement (Doc. No. 20) is **GRANTED**.

3.    The Court finds the settlement agreement to be a fair and reasonable resolution of a bona fide Fair Labor Standard Act dispute and it is approved with the clarification that the Court is not approving or disapproving of counsel's hourly rate.

4. The Complaint is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of September, 2011.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party